**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**MARLON JAMES PETTIEWAY**                    **DOCKET NO. 2:23-cv-00009**
    **D.O.C. # 344538**                                    **SECTION P**

**VERSUS**                                                    **JUDGE JAMES D. CAIN, JR.**

**W. STRENT, ET AL.**                                    **MAGISTRATE JUDGE KAY**

<u>**JUDGMENT**</u>

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous.

**THUS DONE AND SIGNED** in Chambers on the 23rd day of January, 2024.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**